No. 81–6894. SHAW *v.* SHAW ET AL. Ct. App. Tex., 9th Sup. Jud. Dist. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE O'CONNOR would grant certiorari.

No. 81–6942. BARRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.